**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**BEVERLY KAY MEDLEY**                                                            **PLAINTIFF**

**V.**                                                          **NO. 1:20-CV-00110-JMV**

**ANDREW SAUL,**
*COMMISSIONER OF SOCIAL SECURITY*                          **DEFENDANT**

**FINAL JUDGMENT**

This cause is before the Court on Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration denying claims for a period of disability and disability insurance benefits and supplemental security income. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit. The Court, having reviewed the administrative record, the briefs of the parties, and the applicable law, and having heard oral argument, finds as follows:

Consistent with the Court's ruling from the bench during a hearing held today, the Court finds that there is a lack of substantial evidence to support the residual functional capacity (RFC) determination, and the error is not harmless. On remand, the ALJ is to have the entirety of the medical records, including the 2018 knee x-ray and related records, reviewed by an appropriate medical professional; and a full RFC assessment must be supplied by the reviewing physician. If necessary, the ALJ must also obtain supplemental vocational expert evidence on the issue of whether there is any work the claimant can perform in view of all her

limitations. The ALJ may conduct any additional proceedings not inconsistent with this judgment.

**IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is REVERSED and REMANDED for further proceedings.**

SO ORDERED this, the 11th day of August, 2021.

/s/ Jane M. Virden
U.S. MAGISTRATE JUDGE