IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BEVERLY KAY MEDLEY**                                                                      **PLAINTIFF**

**v.**                                                                      **CIVIL ACTION NO.: 1:20-cv-110-JMV**

**ANDREW SAUL, COMMISSIONER OF**
**SOCIAL SECURITY**                                                        **DEFENDANT**

## ORDER

Before the Court are Plaintiff's motion [25] for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and Defendant's response [27] in opposition. For the reasons stated in Defendant's response, Plaintiff's EAJA motion is DENIED as premature. Plaintiff may reurge her motion at an appropriate time after the judgment in this case has become final.

SO ORDERED this 1st day of September, 2021.

                                                    /s/ Jane M. Virden
                                                    U.S. Magistrate Judge